FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　PLAINTIFF　DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FRANK ROBINSON　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　NO. 4-03-CV-01020GTE

WHITE COUNTY, ARKANSAS; BOB
PARISH, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS COUNTY JUDGE
OF WHITE COUNTY, ARKANSAS; PAT
GARRETT, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS SHERIFF OF
WHITE COUNTY, ARKANSAS; AND
HOME DEPOT U.S.A., INC.　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court the cause filed by Frank Robinson against Home Depot USA, Inc. has been settled, the same is hereby dismissed with prejudice.

_____
THE HONORABLE G. THOMAS EISELE

DATE July 26, 2005

APPROVED AS TO FORM:

_____
Neil Chamberlin, ABN 93222
Attorney for Plaintiff

PREPARED BY:
Kara B. Mikles, ABN 2003088
Attorney for Defendant