# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**FRANK ROBINSON**                                                **PLAINTIFF**

**v.**                      **CASE NO. 4:03-CV-01020 GTE**

**WHITE COUNTY, ARKANSAS;**
**BOB PARISH, individually and in his**
**official capacity as County Judge of White**
**County, Arkansas; PAT GARRETT,**
**individually and in his official capacity**
**as Sheriff of White County, Arkansas**                     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by the parties that they have entered into a full and final settlement agreement governing all claims and all parties in this matter, the Court hereby dismisses the above-styled action with prejudice.

IT IS SO ORDERED this 19th day of March, 2007.

                                                   /s/Garnett Thomas Eisele
                                                   UNITED STATES DISTRICT JUDGE